## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ERICKA MILLER,

      Plaintiff,

vs.                                                          Case No.: 8:14-CV-743-T-17MAP

CPL GROUP, INC. d/b/a
RENT KING,

      Defendant.

_____/

### SATISFACTION OF JUDGMENT

    KNOW ALL MEN BY THESE PRESENTS, that John A. Anthony, Esquire, of Anthony &

Partners, LLC, as attorneys of record for Ericka Miller (the "Plaintiff") in the above captioned case,

for and in consideration of the sum of SIXTY-EIGHT THOUSAND NINE HUNDRED EIGHTY-

EIGHT AND 46/100 DOLLARS ($68,988.46), and other good and valuable consideration, receipt of

which is hereby acknowledged, does hereby acknowledge satisfaction of that certain "Final Judgment

in a Civil Case" (the "Final Judgment"), dated the April 8, 2015.  That being said, the Clerk of said

Court is hereby authorized and directed to note the full and complete satisfaction and cancellation of

said Judgment of record as to CPL Group, Inc. d/b/a Rent King.

    IN WITNESS WHEREOF, John A. Anthony, Esquire, of Anthony & Partners, LLC, and

Michael J. Vitoria, Esquire, of Morgan & Morgan, P.A., as attorneys of record for the Plaintiff, have

hereunto set their hand and seal at Hillsborough County, Florida, this 18th day of June, 2015.

/s/ Michael J. Vitoria
**MICHAEL J. VITORIA, ESQ.**
Florida Bar No. 135534
mvitoria@forthepeople.com
Morgan & Morgan, PA
201 N. Franklin Street, 7th Floor
Tampa, Florida  33602
Telephone:  (813) 223-5505
Facsimile:  813/223-5402

— and —

_____

**JOHN A. ANTHONY, ESQUIRE**
Florida Bar Number: 0731013
Anthony & Partners, LLC
201 N. Franklin Street, Suite 2800
Tampa, Florida 33602
Telephone:  813/273-5616
Telecopier:  813/221-4113
Attorneys for the Plaintiff

STATE OF FLORIDA            )
COUNTY OF HILLSBOROUGH            )

Before me, the undersigned officer, duly authorized to administer oaths and take acknowledgments, personally appeared John A. Anthony, Esquire, well known to me to be an attorney of record for the Plaintiff in the above-captioned case, who is personally known to me, and who acknowledged before me that he executed the foregoing freely and voluntarily for the use and purpose and in the capacity therein stated and expressed.

WITNESS my hand and seal this 18th day of June, 2015.

_____
**NOTARY PUBLIC - STATE OF FLORIDA**
Print Name  VALERIE CISCO
My Commission Expires:

VALERIE CISCO
MY COMMISSION # EE 154196
EXPIRES: January 5, 2016
Bonded Thru Notary Public Underwriters